Document      Page 1 of 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Kevin W Hales

Debtor

Chapter 13 No.   15-03394

Judge   Pamela S. Hollis

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on March 29, 2018, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N. Michigan Ave, Chicago, Illinois 60601 at 5:00 p.m. on March 29, 2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2046

**SERVICE LIST**

Kevin W Hales
1806 Cecily Dr
Joliet, IL 60435

Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Drive, Ste. 300
Chicago, IL 60606