**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 13 No.   15-03394 |
| Kevin W Hales | Judge    Pamela S. Hollis |
| Debtor | |

### NOTICE OF FILING OF AMENDED RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on April 4, 2018, I filed the attached <u>Amended Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

/s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Amended Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on April 5, 2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2040

**SERVICE LIST**

Kevin W Hales
1806 Cecily Dr
Joliet, IL 60435

Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Drive, Ste. 300
Chicago, IL 60606